UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CR-354-SNLJ |
| STEVEN BLAKENEY, | ) ) ) |
| Defendant. | ) ) |

**<u>NOTICE OF INTENT TO PRESENT TESTIMONY AT SENTENCING</u>**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Reginald L. Harris, Assistant United States Attorney for said District, and notifies the Court as follows:

In addition to the witness identified in the Notice previously filed in this matter (Document #113), the Government may present testimony from R.T., J.M., and W.B. at the sentencing hearing on October 5, 2016.  R.T.'s testimony will relate to the defendant's conduct as a Pine Lawn police officer during the arrest of R.T. after a traffic stop in July 2013.  J.M.'s testimony will relate to the defendant's conduct as a Pine Lawn police officer during the arrest of J.M. after a traffic stop in April 2014.  W.B.'s testimony will relate to the defendant's alleged assault of W.B. in

September 2014.   The Government estimates that direct examination will last less than 30 minutes per witness.

                                Respectfully submitted,

                                RICHARD G. CALLAHAN
                                United States Attorney

                                */s/Reginald L. Harris*
                                REGINALD L. HARRIS, #48939MO
                                Assistant United States Attorney
                                111 South 10th Street, 20th Floor
                                St. Louis, Missouri 63102
                                (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on   September 22, 2016  , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

                                */s/Reginald L. Harris*
                                REGINALD L. HARRIS, #48939MO
                                Assistant United States Attorney