## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15-cr-354-SNLJ |
| | ) |
| STEVEN BLAKENEY, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ORDER RELEASING COPY OF
### SEALED DOCUMENTS FOR LIMITED PURPOSE

COMES NOW defendant STEVEN BLAKENEY, by and through counsel, and hereby respectfully moves this Honorable Court to issue its order whereby the Clerk's Office forward to the undersigned, as Mr. Blakeney's counsel, a copy of:

(1)     Defendant's Sentencing Memorandum and Supplemental Exhibits (Doc. 115, 118-1, 118-2) filed on July 26, 2016, and July 27, 2016;

(2)     Government's Sentencing Memorandum (Doc. 121) filed on July 29, 2016;

(3)     Amended Sentencing Memorandum and Exhibits (Docs. 125, 125-1 through 125-12) filed on August 2, 2016;

(4)     Government's Sentencing Memorandum (Doc. 128) filed on August 2, 2016;

  (5) Supplemental Material for Sentencing Hearing with attachments (Docs. 152, 152-1 through 152-6) filed on October 4, 2016;

  (6) Officer Revised Final Presentence Investigation Report (Doc. 153).

  Mr. Blakeney has retained the undersigned to represent him in his pending motion filed under § 2255.  *See Blakeney v. United States,* No. 4:19-cv-00079-SNLJ (E.D. Mo.). To date, the undersigned has been unable to obtain these sealed documents.  He contacted the Federal Defender and the office indicated the file had been turned over to Mr. Blakeney's appointed counsel, who turned the file over to Mr. Blakeney which does not contain these documents. These documents are necessary for the undersigned to review and draft a reply to the government's response. Mr. Blakeney requests that, for all other purposes, these documents remain sealed.

WHEREFORE, for all the foregoing reasons, Mr. Blakeney respectfully requests that this Court order the Clerk of Court to unseal documents 115, 118-1, 118-2, 121, 125, 125-1 through 125-12, 128, 152, 152-1 through 152-6, and 153.

                Respectfully submitted,

                LAW & SCHRIENER, LLC

                By:  *Kevin L. Schriener*
                Kevin L. Schriener 35490MO
                Attorney for Defendant Blakeney
                141 North Meramec Avenue, Suite 314
                Clayton, Missouri 63105
                (314) 721-7095 – telephone
                (314) 863-7096 – facsimile
                kschriener@SchrienerLaw.com

**Certificate of Service**

I hereby certify that I filed the foregoing motion to disqualify with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon all parties of record this 7th day of April,

2019.

>*/s/ Kevin L. Schriener*
> KEVIN L. SCHRIENER